# UNITED STATES DISTRICT COURT
### for the

_____ District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:10-cr-0009-KJD-RJJ |
| | ) | |
| DAVID EUGENE NELSON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 01/24/12 at 03:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  Jan. 23, 2012

_____
*Judge's signature*

ROBERT J. JOHNSTON, U.S. Magistrate Judge
_____
*Printed name and title*